■ In the Matter of KYLEE H., an Infant. CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TIMOTHY H., Appellant. (Appeal No. 2.) [953 NYS2d 525]—Appeal from an order of the Family Court, Cattaraugus County (Larry M. Himelein, J.), entered January 4, 2012 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent had neglected the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Raygen D. (Timothy H.)* (100 AD3d 1413 [2012]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of BORN I. DIVINE, Appellant, v ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of SABRINA M. BUSH, Respondent. [954 NYS2d 511]—Appeal from an order of the Family Court, Onondaga County (Bryan R. Hedges, J.), entered September 19, 2011 in a proceeding pursuant to Family Court Act article 4. The order denied the objection of petitioner and affirmed an order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.